JULIA CAMPINS (SBN 238023)
*julia@campinsbenhambaker.com*
HILLARY BENHAM-BAKER (SBN 265019)
*hillary@campinsbenhambaker.com*
CAMPINS BENHAM-BAKER
935 Moraga Road, Suite 200
Lafayette, CA 94549
Telephone:   (415) 373-5333
Facsimile:    (415) 373-5334

Attorneys for Plaintiff
LISANNE WIRTH

JAMES T. JONES (SBN 167967)
*james.jones@jacksonlewis.com*
KAITLYN L. LAVARONI (SBN 313366)
*kaitlyn.lavaroni@jacksonlewis.com*
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:   (916) 341-0404
Facsimile:    (916) 341-0141

Attorneys for Defendant
TEACH FOR AMERICA, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LISANNE WIRTH,<br><br>              Plaintiff,<br><br>      v.<br><br>TEACH FOR AMERICA, INC.,<br><br>              Defendants. | Case No. 2:17-cv-02283-JAM-AC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[Fed. R. Civ. Proc. 41(a)(1)(A)(ii)]** |

/ / /

/ / /

/ / /

/ / /

/ / /

1

Stipulation of Dismissal with Prejudice

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel, that the entire above-captioned action be and hereby is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear her/its own attorneys' fees and costs.

Dated:  December 6, 2018                    CAMPINS BENHAM-BAKER


                                            By: */s/ Julia Campins [as authorized on 12.06.18]*
                                                Julia Campins
                                                Hillary Benham-Baker

                                            Attorneys for Plaintiff
                                            LISANNE WIRTH


Dated:  December 10, 2018                   JACKSON LEWIS P.C.


                                            By: */s/ Kaitlyn L. Lavaroni*
                                                James T. Jones
                                                Kaitlyn L. Lavaroni

                                            Attorneys for Defendant
                                            TEACH FOR AMERICA, INC.

2